UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Progressive Casualty Insurance Company ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | Case No. 4:14cv01018 UNA |
| vs. ) | |
| ) | |
| Marshia Morton, et al. ) | |
| ) | |
| Defendant(s) ) | |

**ORDER**

The above styled and numbered case was filed on June 2, 2014.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:14cv00078. **IT IS FURTHER ORDERED** that cause number 4:14cv01018 UNA be administratively closed.

Dated this 3rd Day of June, 2014.          JAMES G. WOODWARD
                                           By: /s/ Katie Spurgeon, Deputy in Charge

**Please note the new case number: 1:14cv00078 SNLJ.**